**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 12, 2024
Nathan Ochsner, Clerk

In Re: Richard Alan Schluter, Jr
Debtor

Case No.: 24–33579

Chapter: 13

---

### ORDER WITHDRAWING MOTION TO DISMISS

1. The Court has confirmed the Debtor(s)' chapter 13 plan. In connection with confirmation, the chapter 13 trustee has orally moved to withdraw his Motion to Dismiss.

2. The chapter 13 trustee's motion to dismiss is withdrawn.

Signed and Entered on Docket: 12/12/24.

_____
Christopher M. Lopez
United States Bankruptcy Judge